Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED - 5/3/06*

| | |
|---|---|
| **Garden City Boxing Club, Inc.** | **CASE NO. C 05-5018 RMW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **vs.** | |
| **Pedro Muniz Orozco, et al.** | |
| **Defendant.** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, May 5, 2006 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendant named to this action.

As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. CV 05-5018 RMW
PAGE 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, May 5, 2006 to a new date approximately forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed by the defendant and Plaintiff's counsel may thereafter confer with the defendant and/or defendant's counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: April 28, 2006

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. CV 05-5018 RMW
PAGE 2**

# ORDER

It is hereby ordered that the Case Management Conference in civil action number C 05-5018 RMW styled *Garden City Boxing Club, Inc. v. Pedro Muniz Orozco, et al.*, is hereby continued from 10:30 am, Friday, May 5, 2006,

to __ July 7, 2006 @ 10:30 a.m.  (No further continuances) _____ .

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

  /s/ Ronald M. Whyte _____          Dated:_ 5/3/06 _____
**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. CV 05-5018 RMW**
**PAGE 3**

1
2

## PROOF OF SERVICE (SERVICE BY MAIL)

3

I declare that:

4
5

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6
and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7
California.  I am readily familiar with this law firm's practice for collection and processing of

8
correspondence/documents for mail in the ordinary course of business.

9
10

On April 28, 2006, I served:

11
12

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

13
14

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

15
prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

16
17

Pedro Muniz Orozco  (Defendant)
222 Willow Street, Apt. B
San Jose, CA 95110

18
19

I declare under the penalty of perjury pursuant to the laws of the United States that the

20
foregoing is true and correct, and that this declaration was executed on April 28, 2006, at South

21
Pasadena, California.

22
23

Dated:  April 28, 2006                              _____/s/ Inesa Mamidjanyan_____
                                                              **INESA MAMIDJANYAN**

24
25
26
27
28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. CV 05-5018 RMW**
**PAGE 4**