Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA          *E-FILED - 7/6/06*

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Pedro Muniz Orozco, et al.<br><br>Defendant. | CASE NO. C 05-5018 RMW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PEDRO MUNIZ OROZCO a/k/a PEDRO O. MUNIZ, individually and d/b/a GUADALAJARA a/k/a DELICIAS DE GUADALAJARA   AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendant PEDRO OROZCO, that the above-entitled action is hereby dismissed **without prejudice** against PEDRO OROZCO subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 3, 2006, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 21, 2006   _____
                       LAW OFFICES OF THOMAS P. RILEY, P.C.
                       By: Thomas P. Riley
                       Attorneys for Plaintiff
                       GARDEN CITY BOXING CLUB, INC.


Dated:                 PLEASE SEE ATTACHED
                       **LAW OFFICES OF E & SASSEEN**
                       By: David Sasseen, Esquire
                       Attorneys for Defendant Pedro Orozco


**IT IS SO ORDERED:**


                                           Dated:_____
_____
**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 21, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated: June 22, 2006

LAW OFFICES OF E & SASSEEN
By: David Sasseen, Esquire
Attorneys for Defendant Pedro Orozco

**IT IS SO ORDERED:**

/s/ Ronald M. Whyte                                   Dated: 7/6/06
**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

## PROOF OF SERVICE (SERVICE BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 21, 2006, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PEDRO MUNIZ OROZCO A/K/A PEDRO O. MUNIZ, individually and d/b/a GUADALAJARA A/K/A DELICIAS DE GUADALAJARA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. David Sasseen, Esquire            Attorneys for Defendant Pedro Orozco
Law Offices of E & Sasseen
84 West Santa Clara Street, Suite 560
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 21, 2006, at South Pasadena, California.

Dated: June 21, 2006

_____
INESA MAMIDJANYAN